```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```
_____

VIRGINIA WILLIAMS,            )
                              )
    Plaintiff,               )
                              )
v.                            )   No. 05-2352 Ml/P
                              )
COMMISSIONER OF SOCIAL        )
SECURITY ADMINISTRATION,      )
                              )
    Defendant.               )

_____

### ORDER ADOPTING REPORT AND RECOMMENDATION
_____

    Before the Court is the Magistrate's Report and Recommendation that Case be Dismissed with Prejudice for Failure to Prosecute, filed July 10, 2007.  The Court had referred the case to the Magistrate Court on April 16, 2007, for a Report and Recommendation.

    No objections to the Report and Recommendation have been filed and the time for filing objections has since expired.  Upon <u>de novo</u> review of the Magistrate's recommendation, the Court ADOPTS the Report and Recommendation and DISMISSES the case with prejudice.

    So ORDERED this 9th day of August, 2007.


                                         <u>/s/ Jon P. McCalla</u>
                                         JON P. McCALLA
                                         UNITED STATES DISTRICT COURT